

*U.S. Department of Justice*

*United States Attorney
Southern District of New York*

*United States District Courthouse
300 Quarropas Street
White Plains, New York 10601*

December 2, 2020

**By Email**

The Honorable Andrew E. Krause
United States Magistrate Judge
Southern District of New York
The Hon. Charles L. Brieant Jr.
Federal Building and United States Courthouse
300 Quarropas Street
White Plains, New York 10601-4150

      Re:    *United States v. Tyishawn Jones, a/k/a "Little Trigga,"* **Case No. 20 Mag. 12755**

Dear Judge Krause:

      In light of the arrest of the defendant in the above-referenced matter, the Government respectfully requests that the complaint be unsealed.

      Respectfully submitted,

      AUDREY STRAUSS
      Acting United States Attorney

By: _____
      Kevin Sullivan
      Assistant United States Attorney
      (914) 993-1924

SO ORDERED.

_____
ANDREW E. KRAUSE
United States Magistrate Judge
12/3/2020