UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X

UNITED STATES OF AMERICA,

-against-

TYISHAWN JONES

Defendant(s).
-------------------------------------------------------------X

**CONSENT TO PROCEED BY VIDEO OR TELE CONFERENCE**

20 -CR- ( )( )
MJ 12755

Defendant _TYISHAWN JONES_ hereby voluntarily consents to participate in the following proceeding via _X_ videoconferencing or ___ teleconferencing:

_X_ Initial Appearance Before a Judicial Officer

___ Arraignment (Note: If on Felony Information, Defendant Must Sign Separate Waiver of Indictment Form)

_X_ Bail/Detention Hearing

___ Conference Before a Judicial Officer

_Tyishawn Jones/MKB_
Defendant's Signature
(Judge may obtain verbal consent on Record and Sign for Defendant)

TYISHAWN JONES
Print Defendant's Name

_Michael K Burke_
Defendant's Counsel's Signature

MICHAEL K BURKE
Print Counsel's Name

This proceeding was conducted by reliable video or telephone conferencing technology.

12/2/2020
Date

_Andrew Krause_
U.S. District Judge/U.S. Magistrate Judge